IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VISION SERVICE PLAN,

    Plaintiff,                      No. CIV S-04-1993 LKK JFM PS

  vs.

UNITED STATES OF AMERICA,

    Defendant.                    ORDER

_____/

        Defendant's motion for protective order came on regularly for telephonic hearing August 22, 2005 on shortened time.  William K. Rasmussen appeared for plaintiff.  Anton L. Janik, Jr., Trial Attorney, Tax Division, United States Department of Justice, appeared for defendant.  Upon review of the motion and the documents in support and opposition, upon hearing the arguments of counsel and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        Defendant's August 8, 2005 motion for protective order is partially granted. Plaintiff shall not inquire into topics 15 and 16 listed in Exhibit A to the Fed. R. Civ. P. 30(b)(6) deposition notice.  In all other respects, defendant's motion for protective order is denied.

DATED:  August 22, 2005.

                                              UNITED STATES MAGISTRATE JUDGE

001; vsp.oah