UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VISION SERVICE PLAN,

          Plaintiff,

  v.

UNITED STATES OF AMERICA,

          Defendant.

                                                NO. CIV. S-04-1993 LKK/JFM

O R D E R

The court is in receipt of the parties' stipulations to allow Boys and Girls Club of America, the American Red Cross, and National Association of Community Health Centers, Inc., a twenty-one (21) day extension of time, until Thursday, October 6, 2005, to produce documents which respond to the subpoena. Having considered the parties' stipulations, the court hereby ORDERS as follows:

    1. The Boys and Girls Club of America, American Red Cross and National Association of Community Health Centers, Inc. are allowed the requested twenty-one (21) day extension; and

////

1       2.   The deadline for discovery, as set forth in the court's
2  Status Order, is EXTENDED for this sole purpose.
3       IT IS SO ORDERED.
4       DATED:   September 19, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT