UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VISION SERVICE PLAN,

           Plaintiff,

   v.

UNITED STATES OF AMERICA,

           Defendant.
_____/

NO. CIV. S-04-1993 LKK/JFM

O R D E R

    The court is in receipt of the government's request to correct the September 20, 2005 order.  Good cause appearing, the sentence in this court's order filed September 20, 2005 at 1:20-23 is AMENDED to read as follows:

    "Although the deposition took place, the government directed its witnesses not to answer and thus this will probably give rise to a motion to compel answers to those questions."

    IT IS SO ORDERED.

    DATED: October 12, 2005.

                                        /s/Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT