UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VISION SERVICE PLAN,

           Plaintiff,

  v.

UNITED STATES OF AMERICA,

           Defendant.

                            NO. CIV. S-04-1993 LKK/JFM

O R D E R

---

The court is in receipt of defendant's motion for leave to file a sur-reply, construed as an ex parte application. So construed, the application is denied.

IT IS SO ORDERED.

DATED: November 3, 2005.

                            /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT