UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VISION SERVICE PLAN,

NO. CIV. S-04-1993 LKK/JFM

        Plaintiff,

   v.

O R D E R

UNITED STATES OF AMERICA,

        Defendant.
_____/

On December 13, 2005, the court granted defendant's motion for summary judgment. On December 23, 2005, the government filed a bill of costs. The court is in receipt of Vision Service Plan's ("VSP") objections to this bill of costs. Specifically, VSP argues that it should not have to pay for depositions that were not referred to by either party in the summary judgment briefing. Defendant has filed a reply to these objections.

Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920 allow the award of certain costs, including deposition costs, to the prevailing party. Alflex Corp. v. Underwriters Lab., Inc., 914 F.2d 175, 176 (9th Cir. 1990), cert. denied, 502 U.S. 812 (1991). Disallowance for

1

expenses of depositions not used at trial is within the district court's discretion. <u>Washington State Dept. of Transp. v. Washington Natural Gas Co.</u>, 59 F.3d 793, 806 (9th Cir. 1995) (citation omitted).

Having considered the parties' arguments, the court agrees with defendant and awards it the full amount of the deposition costs set forth in its bill of costs. Plaintiff argues that thirteen of the thirty-four depositions taken by the parties were unnecessary because neither parties cited to those depositions in their motions for summary judgment. They further assert that defendant is not entitled to costs related to those thirteen depositions because Fed. R. Civ. P. 30 limits depositions to ten per side. As defendant explains, however, the parties agreed through written stipulation as to the number of depositions allowed. Further, based on the court's examination of the record, the court finds the depositions at issue to be reasonably necessary as most of the individuals defendant deposed were listed by plaintiff in their initial disclosures as possessing discoverable information.[1]

For the reasons set forth above, plaintiff's objections to defendant's bill of costs are DENIED. The court GRANTS the United

---

[1] Defendant points out that eleven of the thirteen deponents at issue were named by plaintiff as persons possessing material knowledge. Def.'s Repl. at 9. Further, the court points out that our system relies on liberal discovery rules to define the disputed facts and issues, so it is not unusual for litigants to depose witnesses even if those depositions are not utilized in law and motion practice.

States' full deposition costs.  The United States' bill of costs is TAXED in the amount of $22,340.35.

IT IS SO ORDERED.

DATED: May 2, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT